### In re Stan CIPKOWSKI.

No. 2012–1552.

United States Court of Appeals,
Federal Circuit.

March 14, 2013.

B. Aaron Schulman, Stites & Harbison, PLLC, of Alexandria, VA, argued for the appellant.

Lore A. Unt, Associate Solicitor, United States Patent & Trademark Office, of Alexandria, VA, argued for appellee. With her on the brief were Raymond T. Chen, Solicitor, and Kristi L.R. Sawert, Associate Solicitor.

LOURIE, PLAGER, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**